# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WES MEGAW,<br><br>                Plaintiff,<br>    v.<br>R. LOPEZ,<br><br>                Defendant. | CASE NO. 1:13-cv-0216-BAM PC<br><br>ORDER GRANTING MOTION FOR AMENDMENT OF COMPLAINT<br>(ECF No. 6)<br><br>THIRTY-DAY DEADLINE |

Plaintiff Wes Megaw ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. Plaintiff originally filed his complaint on February 11, 2013. On March 15, 2013, Plaintiff filed a document entitled "Motion for Amendment of Complaint," but appears to be an amended complaint. (ECF No. 6.)

At this stage of the action, the court has not screened Plaintiff's original complaint pursuant to 28 U.S.C. § 1915A and Defendants have not filed a responsive pleading or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure. Accordingly, Plaintiff has the right to amend his complaint once as a matter of course without leave of court. Fed. R. Civ. P. 15(a).

Based on the foregoing, it is HEREBY ORDERED as follows:

1. Plaintiff's motion for amendment of his complaint is GRANTED; and
2. Plaintiff shall file his amended complaint, clearly titled "First Amended Complaint," within thirty (30) days after service of this order.

IT IS SO ORDERED.

Dated:　March 18, 2013　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1