UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WES MEGAW,<br><br>            Plaintiff,<br><br>      v.<br><br>R. LOPEZ,<br><br>            Defendant. | Case No.: 1:13-cv-00216-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT<br>(ECF No. 16) |

Plaintiff Wes Megaw ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a first amended complaint on April 5, 2013.

On October 4, 2013, Plaintiff filed the instant motion requesting entry of default against Defendant R. Lopez for failure to file an answer to the first amended complaint. (ECF No. 16.) Plaintiff's request is premature.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity and/or against an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's complaint, or any portion thereof, is subject to dismissal if it is frivolous or malicious, if it fails to state a claim upon which relief may be granted, or if it seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2); 28 U.S.C. § 1915(e)(2)(B)(ii). The Court will direct the United States Marshal to serve Plaintiff's complaint only

1

*after* the Court has screened the complaint and determined that it contains a cognizable claim for relief against the named defendant. Plaintiff's complaint is currently in the screening stage and service has not been ordered.

Plaintiff is advised that the Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts. Due to the heavy caseload, Plaintiff's complaint is still awaiting screening. The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course.

For the reasons stated, Plaintiff's request for entry of default against Defendant Lopez is DENIED.

IT IS SO ORDERED.

Dated:   **October 7, 2013**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE