# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WES MEGAW,<br><br>        Plaintiff,<br><br>    vs.<br><br>R. LOPEZ,<br><br>        Defendant. | Case No. 1:13-cv-00216-LJO-BAM (PC)<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |

    Plaintiff Wes Megaw ("Plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on February 11, 2013.  On August 8, 2014, the Court dismissed this action without prejudice for failure to prosecute and judgment was entered.  (ECF Nos. 20, 21.)  Plaintiff filed a notice of change of address and a notice of appeal on September 4, 2014.

    On September 8, 2014, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal, or whether the appeal is frivolous or taken in bad faith.  28 U.S.C. § 1915(a)(3).

    The Court finds that this appeal is not taken in bad faith and is not frivolous.  Accordingly, in forma pauperis status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated:   **September 22, 2014**        /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE